FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 2017 OCT 24  PM 6: 28
TAMPA DIVISION

CLERK'S DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA. FLORIDA

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:17-cr- 511 T24 AEP

18 U.S.C. §§ 844(i), (n)

JODARIN MARQUIS WHITFIELD,
HERBERT ADELPHUS PINCKNEY and
RASHICA SHAGUANA FORD



## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning no later than March 9, 2015, and continuing until on or about March 11, 2015, in the Middle District of Florida, the defendants,

JODARIN MARQUIS WHITFIELD,
HERBERT ADELPHUS PINCKNEY and
RASHICA SHAGUANA FORD,

did combine, conspire, and agree with each other to maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, that is, a residential dwelling located at 814 17th Street East in Bradenton, Florida, a structure rented to A.P., in violation of 18 U.S.C. § 844(i).

All in violation of 18 U.S.C. § 844(n).

## COUNT TWO

On or about March 11, 2015, in the Middle District of Florida,

**JODARIN MARQUIS WHITFIELD,**
**HERBERT ADELPHUS PINCKNEY and**
**RASHICA SHAGUANA FORD,**

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, that is, a residential dwelling located at 814 17th Street East in Bradenton, Florida, a structure rented to A.P.

In violation of 18 U.S.C. §§ 844(i) and 2.

## FORFEITURE

1.      The allegations contained in Counts One and Two of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 844(c), and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 844, the defendants shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

2

3.     If any of the property described above, as a result of any act or omission of the defendants:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
Carlton C. Gammons
Assistant United States Attorney

By: _____
for Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crime and Narcotics

3

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

## THE UNITED STATES OF AMERICA

### vs.

## JODARIN MARQUIS WHITFIELD,
## HERBERT ADELPHUS PINCKNEY and
## RASHICA SHAGUANA FORD

## INDICTMENT

Violations:   18 U.S.C. §§ 844(i), (n)

A true bill,

_____
Foreperson

Filed in open court this 24th day
of October 2017.

_____
Clerk

Bail $_____

GPO 863 525

*T:\\_Cases\\Criminal Cases\\W\\Whitfield, Jodarin_2015R01138_CCG\\f_indictment back sheet.docx*